IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE FIRST CONNECTICUT BANCORP, INC. | Case No.: 1:18-CV-02496-RDB<br><br>CLASS ACTION<br><br>CONSOLIDATED SHAREHOLDER LITIGATION |

**[PROPOSED] ORDER GRANTING LEAD
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

The Court, having considered Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel ("Motion"), Defendants' opposition thereto, Lead Plaintiff's reply, and oral argument of counsel, and good cause appearing therefore, it is so ORDERED that:

1. The Motion is GRANTED;

2. The Class is certified pursuant to Fed. R. Civ. P. 23(a) and (b)(3), and is defined as:

    All holders of First Connecticut Bancorp, Inc. ("First Connecticut") common stock on the record date, August 20, 2018, through the effective time of the merger, October 1, 2018, who were harmed by Defendants' violations of §14(a) and §20(a) of the Securities Exchange Act of 1934 in connection with the merger of First Connecticut and People's United Financial, Inc. (the "Class") as alleged in the litigation. Excluded from the Class are Defendants, the officers and directors of First Connecticut at all relevant times, members of their immediate families, and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

3. Lead Plaintiff Selwyn Karp is hereby appointed as the Class Representative;

4. Lead Counsel Monteverde & Associates PC is hereby appointed as Class Counsel; and

5. Goldman & Minton, P.C. shall continue to serve as Local Counsel for the Class.

IT IS SO ORDERED on this _____ day of _____, _____

                                                                                     _____
                                                                           THE HONORABLE RICHARD D. BENNETT
                                                                              UNITED STATES DISTRICT JUDGE