IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELWYN KARP, *Individually and On Behalf of All Others Similarly Situated*, | * | |
| | * | |
| Plaintiff, | * | |
| v. | | Civil Action No.: RDB-18-2496 |
| | * | |
| FIRST CONNECTICUT BANCORP, INC., *et al.*, | * | CONSOLIDATED CLASS ACTION |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

For the reasons set forth in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 9th Day of April, 2021 that:

1. The Lead Plaintiff's Motion for Summary Judgment (ECF No. 72 *SEALED*), as publicly redacted (ECF No. 77), is DENIED;

2. The Defendants' Cross Motion for Summary Judgment (ECF No. 78 *SEALED*), as publicly redacted (ECF No. 82), is GRANTED;

3. The Lead Plaintiff's Motion to Certify Class and Appoint Class Representative and Class Counsel (ECF No. 64) is DENIED AS MOOT;

4. The Defendants' Motion for Other Relief to Exclude the Opinions and Testimony of Plaintiff's Expert M. Travis Keath (ECF No. 79 *SEALED*), as publicly redacted (ECF No. 83), is DENIED AS MOOT;

5. Pursuant to Rule 58(a) Judgment is ENTERED in favor of the Defendants on all counts of the Plaintiffs' Consolidated Amended Complaint (ECF No. 29);

6. The Clerk of this Court shall CLOSE THIS CASE and the consolidated case of *Lagace v. First Connecticut Bancorp, Inc.*, RDB-18-2541;

7. The Clerk of this Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

                                                                                                              /s/

                                                                                         Richard D. Bennett
                                                                                         United States District Judge